```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0021--CR (RRB)
                                    "USA V CHI UNG KIM ET AL"
                                      DEF 1.1 KIM, CHI UNG

                  Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 02/19/04
            Closed: 11/15/04
 No. of Defendants: 2
    MJ Case Number:
               AKA:
   Location status: Released on Own Recognizance
        Trial date:
        Terminated: YES
 Needs interpreter: YES
 Counsel of record: Michael D. Dieni
                    Federal Public Defender
                    550 W. 7th Avenue, Suite 1600
                    Anchorage, AK 99501
                    907-646-3400
                    FAX 907-646-3480
                    Serve: YES
                     Type: FPD
                     Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: James A. Goeke
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial

                    Robert S. Anderson
                    Senior Trial Attorney
                    U.S. Dept of Justice
                    105 W. Pine Street, 2nd Floor
                    Missoula, MT 59802
                    406-829-3322
                    FAX 406-541-1476
                    Serve: NO
                     Type: Not specified
                     Role: Pretrial/Trial
```

Counts re: DEF 1.1 KIM, CHI UNG

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:371 CONSPIRACY TO SELL ILLEGALLY TAKEN WILDLIFE | Dismissed (43-1) |

ACMS: R_RDSPI          As of Friday, January 6, 2006 at 07:36 AM by PATTY          Page 1

```
         UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0021--CR (RRB)
                         "USA V CHI UNG KIM ET AL"
                            DEF 1.1 KIM, CHI UNG

         Including terminated defendants, excluding terminated counsel
```

| | | | | | |
|---|---|---|---|---|---|
| 1 - | 1 IND | 2 | 16:3372(a)(1), 3373 (d)(1)(B) SALE OF ILLEGALLY TAKEN WILDLIFE (F) | | Dismissed (43-1) |
| 1 - | 1 IND | 3 | 16:3372, 3374(a)(2) & 28:2461 CRIMINAL FORFEITURE (F) | | Dismissed (43-1) |
| 40 - | 1 INF | 1 | 16:3372(a)(1),3373(d)(2) LACEY ACT (F) | | Sentenced (43-1) |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0021--CR (RRB)
                        "USA V CHI UNG KIM ET AL"
                          DEF 2.1 CHU, KIL YOUNG

           Including terminated defendants, excluding terminated counsel
```

```
   Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 02/19/04
            Closed: 11/15/04
  No. of Defendants: 2
     MJ Case Number:
                AKA:
   Location status: Released on Own Recognizance
         Trial date:
         Terminated: YES
  Needs interpreter: YES
  Counsel of record: William B. Carey
                     1502 W. 34th Avenue
                     Anchorage, AK 99503-3643
                     907-272-4255
                     FAX 907-272-4256
                     Serve: YES
                      Type: CJA
                      Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: James A. Goeke
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial

                    Robert S. Anderson
                    Senior Trial Attorney
                    U.S. Dept of Justice
                    105 W. Pine Street, 2nd Floor
                    Missoula, MT 59802
                    406-829-3322
                    FAX 406-541-1476
                    Serve: NO
                     Type: Not specified
                     Role: Pretrial/Trial
```

Counts re: DEF 2.1 CHU, KIL YOUNG

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:371 CONSPIRACY TO SELL ILLEGALLY TAKEN WILDLIFE | Dismissed (44-1) |
| 1 - 1 IND | 2 | 16:3372(a)(1), 3373 (d)(1)(B) SALE OF ILLEGALLY TAKEN WILDLIFE (F) | Dismissed (44-1) |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0021--CR (RRB)
                                "USA V CHI UNG KIM ET AL"
                                  DEF 2.1 CHU, KIL YOUNG

                Including terminated defendants, excluding terminated counsel
```

```
40 -    1 INF    1       16:3372(a)(1),3373(d)(2) LACEY ACT (F)              Sentenced
                                                                             (44-1)
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A04-0021--CR (RRB)
                                   "USA V CHI UNG KIM ET AL"

                                     For all filing dates
```

```
  Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
            Filed: 02/19/04
           Closed: 11/15/04
No. of Defendants: 2


Document #    Filed      Docket text

NOTE -   1    02/19/04   [Re DEF 1,2] Issued: Summons.

   1 -   1    02/19/04   [Re: DEF 1-2] PLF 1 Indictment.

   2 -   1    02/19/04   [Re: DEF 1-2] JDR Grand Jury Minutes set for arr & notify USM; summons
                         to be issued.

   3 -   1    02/19/04   [Re: DEF 1] JDR Minute Order re Arr set for 3/25/04 at 9:30 a.m. cc:
                         USA, USM, USPO, C. Kim w/USM cy

   4 -   1    02/19/04   [Re: DEF 2] JDR Minute Order re Arr set for 3/25/04 at 9:30 a.m. cc:
                         USA, USM, USPO, K. Chu w/USM cy

NOTE -   2    02/20/04   Proposed trial date setting for arraignment forwarded to Judge
                         Beistline's chambers re: D1 & D2.

   5 -   1    03/01/04   USM Return of svc on summons re: DEF 1 executed on 2/24/04,

   6 -   1    03/01/04   USM Return of svc on summons re: DEF 2 executed on 2/26/04.

   7 -   1    03/25/04   [Re: DEF 1] Financial Affidavit.

   8 -   1    03/25/04   [Re: DEF 1] JDR Order of Personal Recognizance.  cc: USA, FPD, USM, PO

   9 -   1    03/25/04   [Re: DEF 1] Order setting conditions of release.  cc: USA, FPD, USM, PO

  10 -   1    03/25/04   [Re: DEF 2] Financial Affidavit.

  11 -   1    03/25/04   [Re: DEF 2] JDR Order of Personal Recognizance.  cc: USA, FPD (CJA
                         Clerk), USM, PO

  12 -   1    03/25/04   [Re: DEF 2] Order setting conditions of release.  cc: USA, FPD (CJA
                         Clerk), USM, PO

  13 -   1    03/25/04   [Re: DEF 1-2] JDR Court Minutes [ECR: Robin Carter] of arr on Indt (held
                         3/25/04; fin affs FILED; FPD appointed re: Def 1; CJA cnsl appointed re:
                         Def 2; bond set O/R; orders of personal recongnizance FILED; orders
                         setting conditions of release FILED; cont arr set 2:00 p.m., 3/30/04.
                         cc: USA, FPD, USM, PO, FPD (CJA Clerk)

  14 -   1    03/30/04   DEF 1 Notice of filing passport # 076174334.

  15 -   1    03/30/04   [Re: DEF 1] Clerk's Notice that pursuant to the Order Setting Conditions
                         of Release dated 3/25/04 the clerk's office is in receipt of passport #
                         076174334.  The passport has been placed in the vault for safe keeping.
                         cc: USA, FPD, USM, PO, Finance

  16 -   1    03/31/04   [Re: DEF 1-2] JDR Court Minutes [ECR: Caroline Edmiston] re cont Arr on
                         Indt hld 3/30/04; defs pled not guilty; defs cond's of release to remain
                         as prev set; PTM's due 4/19/04; cnsl advised of trial date 5/17/04. cc:

ACMS: R_RDSDI               As of 01/06/06 at 07:36 AM by PATTY                        Page 1
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A04-0021--CR (RRB)
                            "USA V CHI UNG KIM ET AL"

                                 For all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| | | | USA, FPD, W. CArey, USM, USPO, Judge Beistline |
| 17 - | 1 | 03/31/04 | [Re: DEF 1-2] JDR Order regarding preparation for trial re cnsl to meet & confer by 4/5/04; PTM's due 4/19/04. cc: USA, FPD, W. Carey |
| 18 - | 1 | 04/05/04 | [Re: DEF 1-2] PLF 1 Discovery conference certificate. |
| 19 - | 1 | 04/06/04 | [Re: DEF 1-2] RRB Minute Order setting trial by jury for 5/17/04 at 8:30 a.m. and FPTC for 5/11/04 at 8:15 a.m. in courtroom #3. cc: AUSA, FPD, W Carey, USM,USPO, MJ Roberts, jury clerk |
| 20 - | 1 | 04/15/04 | {SEALED} DEF 2 motion (ex parte) on shortened time for authority to engage an interperter. |
| 20 - | 2 | 04/15/04 | {SEALED} (Faxed copy)[Re: DEF 2] RRB Order granting ex parte motion on shortened time for authority to engage an interperter (20-1). cc: W. Carey, FPD, CJA Clerk |
| 21 - | 1 | 04/22/04 | DEF 2 motion on shortened time to continue trial. |
| 22 - | 1 | 04/22/04 | DEF 1 motion on shortened time to continue trial. |
| 23 - | 1 | 04/23/04 | [Re: DEF 1-2] RRB Minute Order a hearing on defs' motions to continue trial date will be held 5/6/04 at 1:30 p.m. in Courtroom #3.  cc: AUSA, FPD, W. Carey, USM, USPO, MJ Roberts |
| 24 - | 1 | 04/30/04 | [Re: DEF 2] CJA appointment of William M. Carey. |
| 25 - | 1 | 05/06/04 | [Re: DEF 1-2] RRB Court Minutes [ECR: Denali Elmore] Hearing on defs' mot to continue trial at dkt 21 & 22 held 5/6/04.  Defs' motion to continue trial granted.  TBJ set 5/17/04 is vacated and reset for 8/16/04 at 8:30 a.m. for both defs.  The FPTC set 5/11/04 is vacated and reset for 8/9/04 at 8:30 a.m. for both defs.  Conditions of release remain as previously set as to both defs.  cc: AUSA, FPD, W. Carey, USM, USPO, JC, MJ Roberts |
| 26 - | 1 | 05/06/04 | [Re: DEF 1-2] RRB Order of excludable delay under section 3161 (h)(8)(A)(B). |
| 27 - | 1 | 07/06/04 | [Re: DEF 1-2] RRB Order appointing Gee Won Anderson as Interpreter for both defs' at trial.  cc: AUSA, FPD, W. Carey, USM, UPSO, G. Anderson |
| 28 - | 1 | 07/20/04 | [Re: DEF 1-2] PLF 1 Unopposed motion requesting a status conference. |
| 28 - | 2 | 07/20/04 | [Re: DEF 1-2] PLF 1 Unopposed motion to continue trial date. |
| 29 - | 1 | 07/23/04 | [Re: DEF 1-2] RRB Minute Order granting unopposed motion requesting a status conference (28-1).  Status conference re motion to continue trial date is set for 8/6/04 at 9:00 a.m.  cc: AUSA, FPE, W. Carey, USM, USPO, Mj Roberts |
| 30 - | 1 | 08/09/04 | [Re: DEF 1-2] RRB Court Minutes [ECR: Caroline Edmiston] FPTC held 8/6/04. Court granted unopposed motion to continue trial date (28-2).  FPTC set 8/9/04 and TBJ set 8/16/04 are vacated.  FPTC is reset for 11/10/04 at 8:30 a.m. and TBJ reset for 11/15/04 at 8:30 a.m.  Discovery to be provided to both defs counsel at least 30 days prior to trial.  Both defs condition of release remain as previously set.  cc: AUSA, FPD, W. Carey, USM, USPO, MJ Roberts, JC |

ACMS: R_RDSDI                As of 01/06/06 at 07:36 AM by PATTY                Page 2

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A04-0021--CR (RRB)
              "USA V CHI UNG KIM ET AL"
```

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 31 - | 1 | 08/09/04 | [Re: DEF 2] RRB Order of excludable delay under section 43161 (h)(8)(A)(B) & (h)(8)(B)(iv). |
| 32 - | 1 | 08/09/04 | [Re: DEF 1] RRB Order of excludable delay under section 3161 (h)(8)(A)(B) & (h)(8)(B)(iv). |
| 33 - | 1 | 10/05/04 | [Re: DEF 1-2] PLF 1 Attorney Appearance of J. Goeke (AUSA). |
| 34 - | 1 | 11/01/04 | [Re: DEF 1-2] PLF 1 Attorney Appearance of Robert S. Anderson. |
| 35 - | 1 | 11/08/04 | DEF 1 Unopposed motion for extension of time to file trial brief, voir dire and jury instructions. |
| 36 - | 1 | 11/09/04 | DEF 1 Notice of settlement filed on shortened time. |
| 36 - | 2 | 11/09/04 | DEF 1 motion (request) for joint change of plea and sentencing hearing on shortened time. |
| 37 - | 1 | 11/09/04 | DEF 2 Notice of Intent to change plea. |
| 38 - | 1 | 11/09/04 | [Re: DEF 1-2] RRB Order granting motion (request) for joint change of plea and sentencing hearing on shortened (36-2). The COP/IOS is set for 11/10/04 at 8:30 a.m. cc: AUSA, FPD, W. Carey, USM, USPO |
| 39 - | 1 | 11/09/04 | [Re: DEF 1] RRB Order granting unopposed motion for extension of time to file trial brief, voir dire by the COP 11/9/04 (35-1). cc: AUSA, FPD, W. Carey |
| 40 - | 1 | 11/10/04 | [Re: DEF 1-2] Information. |
| 41 - | 1 | 11/10/04 | [Re: DEF 2] PLF 1 Plea Agreement. |
| 42 - | 1 | 11/10/04 | [Re: DEF 1-2] RRB Court Minutes [ECR: Robin Carter] COP/IOS held 11/10/04. Gov's oral mot to dismiss the Indictment for bother defs is Granted. Information filed. Plea agreements filed. Both Defs plead guilty to count 1 of the Information. Court accepted pleas. Sentenced imposed as stated in the judgment. TBJ set for 11/15/04 is vacated. cc: AUSA, FPD, W. Carey, USM, USPO, MJ Roberts, JC |
| 43 - | 1 | 11/15/04 | [Re: DEF 1] RRB Judgment dismissed or Other count(s) 1,2,3 of the Indictment (1-1); pleaded guilty to count 1 of the Information (40-1). Probation for 5 years w/standard and special conditions. SA $25.00, Fine $100.00, Restitution $1,200.00. cc: AUSA, FPD, USM, USPO, MJ Roberts, Def w/cnsl cy, FLU, Finance |
| 44 - | 1 | 11/15/04 | [Re: DEF 2] RRB Judgment dismissed or Other count 1,2 of the Indictment (1-1); pleaded guilty to count 1 of the Information (40-1). Probation 5 years w/standard and special conditions. SA $25.00. Fine $1000.00, Restitution $1,200.00. cc: AUSA, W. Carey, USM, USPO, Mj Roberts, Def w/cnsl cy, FLU, Finance |
| 45 - | 1 | 12/06/04 | [Re: DEF 1-2] PARTIAL Transcript re: COP/IOS held 11/10/04. |
| 46 - | 1 | 12/08/04 | DEF 1 motion for return of passport. |
| 47 - | 1 | 12/30/04 | [Re: DEF 1] RRB Order granting motion for return of passport (46-1). cc: AUSA, FPD, USM, USPO, Finance |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET ENTRIES FOR CASE A04-0021--CR (RRB)
                            "USA V CHI UNG KIM ET AL"

                               For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 48 - 1 | 01/18/05 | {SEALED} DEF 2 motion (ex parte) for approval of CJA 21 voucher on behalf of Bill Carey in the amount of $220.00. |
| 49 - 1 | 01/18/05 | {SEALED} DEF 2 motion (ex parte) for approval of CJA 20 voucher on behalf of Bill Carey in the amount of $3,387.30. |
| 48 - 2 | 01/20/05 | {SEALED} [Re: DEF 2] RRB Order granting motion for approval of CJA 21 voucher on behalf of Bill Carey in the amount of $220.00 (48-1).  cc: B. Carey, FPD(CJA Clerk) |
| 49 - 2 | 01/20/05 | {SEALED} [Re: DEF 2] RRB Order granting motion for approval of CJA 20 voucher on behalf of Bill Carey in the amount of $3,387.30 (49-1).  cc: B. Carey, FPD (CJA Clerk) |
| 50 - 1 | 06/27/05 | [Re: DEF 2] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - 3 | 06/29/05 | Issued: writ of execution re: DEF 2 on PFD. |
| 51 - 1 | 10/28/05 | USM Return of svc on writ of execution re: PFD  re: DEF 2 executed on 6/30/05 for the amount of $843.76. |
| 52 - 1 | 11/01/05 | DEF 2 motion to release attached PFD funds. |
| 53 - 1 | 11/03/05 | [Re: DEF 2] RRB Order granting motion to release attached PFD funds (52-1).  cc: AUSA, FLU, FINANCE, WM CAREY |